ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDY MARISOL MERCADO,<br><br>    Plaintiff,<br><br>vs.<br><br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:25-cv-02123-WBS-DMC<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from December 15, 2025, up to and including January 16, 2026.  This is Defendant's second request for an extension.

    Defendant requests this extension to further consider the administrative record given the issues raised in Plaintiff's motion.  The undersigned has several competing deadlines in pending cases, as well as planned leave.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip. for Ext.; 2:25-cv-02123-WBS-DMC                      1

Respectfully submitted,

Dated: November 19, 2025

/s/ *Paul Sachelari**
(*as authorized via e-mail on November 19, 2025)
PAUL SACHELARI
Attorney for Plaintiff

Dated: November 19, 2025

ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration

By:  /s/ *Erin Jurrens*
ERIN JURRENS
Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including January 16, 2026, to respond to Plaintiff's Motion for Summary Judgment.

Dated: November 19, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE