**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

SANDY MARISOL MERCADO

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

No. 2:25-CV-2123-WBS-DMC

ORDER

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 24, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

/ / /

/ / /

/ / /

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 24, 2026, ECF No. 21, are adopted in full.

2. Plaintiff's motion for summary judgment, ECF No. 10, is denied;

3. Defendant's cross-motion for summary judgment, ECF No. 19, is granted;

4. The Commissioner's final decision is affirmed; and

5. The Clerk of the Court is directed to enter judgment and close this file.

Dated: September 8, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE